# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

United States of America
_____
Plaintiff(s)

vs.                                    Civil No. 97-1232

Rafael Alberto Delannoy, et al.
_____
Defendant(s)

RECEIVED & FILED
99 SEP 29 AM 7:38
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 11/4/98   DOCKET: 15   TITLE: Motion Requesting Administrative Closings

[X] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[X] GRANTED                          [ ] DENIED

[ ] NOTED                            [ ] MOOT

## ADDITIONAL COMMENTS:

(1)

9/28/99
_____              _____
DATE                                   SALVADOR E. CASELLAS
                                       U.S. DISTRICT JUDGE